# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : CIVIL ACTION NO. 1:18-CV-1539 :<br>: **(Chief Judge Conner)** |
| Petitioner | : |
| v. | : |
| **SERVICE TIRE TRUCK CENTERS,** | : |
| Respondent | : |

## **ORDER**

AND NOW, this 17th day of October, 2018, upon consideration of the application (Doc. 1) to enforce an administrative subpoena filed by petitioner U.S. Equal Employment Opportunity Commission ("EEOC"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The EEOC's application (Doc. 1) for enforcement of its administrative subpoena is GRANTED in part and DENIED in part as follows:

    a. Subpoena requests numbers 5, 9, and 17 are circumscribed to exclude the following information from requested personnel files: medical and healthcare information unrelated to pregnancy, retirement plan information, names and other identifying details for spouses and dependents, personal email addresses, copies of social security cards, and tax information beyond earnings and salary.

    b. Subpoena request number 16 is circumscribed to exclude employee social security numbers.

    c. Respondent Service Tire Truck Centers must otherwise fully respond to request numbers 5, 9, 16, and 17, and to all other amended subpoena requests, (see Doc. 1 ¶ 8(b); Gokhale Decl., Ex. 19), **on or before Friday, October 26, 2018**.

2. The Clerk of Court is directed to CLOSE this case.

     /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania